HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERITY SOLUTIONS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTTSDALE INDEMNITY COMPANY, <br><br> Defendant. | NO. 2:17-cv-01650-TSZ <br><br> STIPULATED MOTION AND ORDER EXTENDING DEFENDANT SCOTTSDALE INDEMNITY COMPANY'S TIME TO ANSWER COMPLAINT <br><br> JURY TRIAL DEMANDED |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Verity Solutions Group, Inc. and Defendant Scottsdale Indemnity Company, and subject to the Court's approval, that Defendant Scottsdale Indemnity Company shall have until December 1, 2017, to answer the Complaint.

DATED this 8th day of November, 2017.

///

///

///

///

{DFS1645515.DOCX;1/00335.002120/ }
STIPULATED MOTION AND ORDER RE EXTENSION FOR DEFENDANT
SCOTTSDALE INDEMNITY COMPANY'S ANSWER TO COMPLAINT- 1
NO. 2:17-cv-01650-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

| KELLEY GOLDFARB HUCK ROTH & RIOJAS PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By  s/Christopher M. Huck<br>By  s/R. Omar Riojas<br>  Christopher M. Huck, WSBA #34104<br>  R. Omar Riojas, WSBA #35400<br>  700 Fifth Avenue, Suite 6100<br>  Seattle, Washington 98104<br>  Tel: 206.452.0260<br>  Fax: 206.397.3062<br>  huck@kelleygoldfarb.com<br>  riojas@kelleygoldfarb.com<br>  Attorneys for Plaintiff | By  s/Daniel Shickich<br>By  s/Geoff Bridgman<br>  Geoff Bridgman, WSBA #25242<br>  Daniel F. Shickich, WSBA #46479<br>  901 Fifth Avenue, Suite 3500<br>  Seattle, Washington 98164-2008<br>  Tel: 206.447.7000<br>  Fax: 206.447.0215<br>  gbridgman@omwlaw.com<br>  dshickich@omwlaw.com<br>  Attorneys for Defendant |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant Scottsdale Indemnity Company to answer Plaintiff's Complaint is extended to December 1, 2017.

DATED this 9th day of November, 2017.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

{DFS1645515.DOCX;1/00335.002120/ }
STIPULATED MOTION AND ORDER RE EXTENSION FOR DEFENDANT
SCOTTSDALE INDEMNITY COMPANY'S ANSWER TO COMPLAINT- 2
NO. 2:17-cv-01650-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215